UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>**KOONTZ-WAGNER CUSTOM CONTROL HOLDINGS LLC,**<br><br>      Debtor.<br><br>———————————————<br><br>**RODNEY D. TOW, CHAPTER 7 TRUSTEE,**<br><br>      Plaintiff,<br><br>v.<br><br>**EXECUTIVE PERSONNEL SERVICES, INC.,**<br><br>      Defendant. | Case No. 18-33815<br><br>**(Chapter 7)**<br><br><br><br>Adversary No. 20-03270 |

## PLAINTIFF'S NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING

Rodney D. Tow, chapter 7 trustee of the above-captioned main bankruptcy case (the "Trustee"), as plaintiff in the above-captioned adversary proceeding by and through undersigned counsel, herein requests dismissal of the above-captioned adversary proceeding pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, which is incorporated by reference into Rule 7041 of the Federal Rules of Bankruptcy Procedure.

[*Remainder of Page Intentionally Left Blank*]

Dated: November 30, 2020          Respectfully submitted,

**PARKINS LEE & RUBIO LLP**

<u>/s/R. J. Shannon</u>
R. J. Shannon (TBA No. 24108062)
Pennzoil Place
700 Milam Street, STE 1300
Houston, TX 78702
Telephone: (713) 715-1660
Email: rshannon@parkinslee.com

*Special Counsel for Rodney D. Tow, Chapter 7 Trustee for Koontz-Wagner Custom Control Holdings LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that on November 30, 2020, a true and correct copy of the foregoing was served (i) by ECF notification on all parties registered to receive such notice in the above-captioned adversary and (ii) by email on the following parties:

Executive Personnel Services, Inc.
c/o Gerald M. Shealey, President
3300 Lyons Ave STE 201
Houston, TX 77020
gms@epsistaffing.com

                                                 <u>/s/R. J. Shannon</u>
                                                 R. J. Shannon